

**PREMIER claims**

120 Regency PKWY. Suite 114
Omaha, Ne. 68114
www.Premier-Claims.com
(877)219-0049

### 115_S_18TH_ST
### Main Level

**Building Roof**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1. R&R Modified bitumen roof - hot mopped | 85.34 SQ @ | 362.97 = | 30,975.86 |
| 2. R&R Flash parapet wall only - bitumen | 412.60 LF @ | 11.62 = | 4,794.41 |
| 3. R&R Drip edge -Modified Bitumen clad metal | 77.00 LF @ | 4.41 = | 339.57 |
| 4. R&R Insulation - ISO board, 3 1/2" | 85.34 SQ @ | 360.61 = | 30,774.45 |
| 5. R&R Curb flashing - EPDM | 80.00 LF @ | 17.26 = | 1,380.80 |
| 6. Heat pump - exterior coil unit - Detach & reset | 5.00 EA @ | 390.52 = | 1,952.60 |
| 7. HVAC Technician - per hour | 16.00 HR @ | 70.00 = | 1,120.00 |
| 8. Comb/straighten a/c cond. fins - w/out trip charge - Large | 4.00 EA @ | 70.00 = | 280.00 |
| 9. R&R Flashing - pipe jack - split boot | 6.00 EA @ | 78.42 = | 470.52 |
| 10. R&R Pitch pan / pocket - up to 6" x 6" x 4" - galvanized | 4.00 EA @ | 114.76 = | 459.04 |
| 11. R&R Cap flashing - large | 334.60 LF @ | 23.50 = | 7,863.10 |
| 12. R&R Counterflashing - Apron flashing | 121.00 LF @ | 8.42 = | 1,018.82 |
| 13. Additional charge for high roof (2 stories or greater) | 85.34 SQ @ | 10.63 = | 907.16 |
| 14. Additional charge for high roof (2 stories or greater) | 85.34 SQ @ | 14.39 = | 1,228.04 |

**General**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 15. Commercial Supervision / Project Management - per hour | 160.00 HR @ | 60.50 = | 9,680.00 |
| 16. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 6.00 EA @ | 651.00 = | 3,906.00 |
| 17. Temporary toilet (per month) | 1.00 MO @ | 125.00 = | 125.00 |
| 18. Telehandler/forklift (per month) - no operator | 1.00 MO @ | 2,892.00 = | 2,892.00 |
| 19. Equipment Operator - per hour | 160.00 HR @ | 52.35 = | 8,376.00 |
| 20. Rental equipment delivery / mobilization (Bid item) | 2.00 EA @ | 250.00 = | 500.00 |
| 21. Crane and operator - 115 ton capacity | 8.00 HR @ | 385.00 = | 3,080.00 |
| 22. Temporary fencing - 1-4 months (per month) | 100.00 LF @ | 1.67 = | 167.00 |
| 23. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA @ | | 0.00 |

**EXHIBIT B**



120 Regency PKWY. Suite 114
Omaha, Ne. 68114
www.Premier-Claims.com
(877)219-0049

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 0.00 | SF Walls | 0.00 | SF Ceiling | 0.00 | SF Walls and Ceiling |
| 0.00 | SF Floor | 0.00 | SY Flooring | 0.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 0.00 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 1,211.42 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 8,533.98 | Surface Area | 85.34 | Number of Squares | 412.60 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |



120 Regency PKWY. Suite 114
Omaha, Ne. 68114
www.Premier-Claims.com
(877)219-0049

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 112,290.37 |
| Material Sales Tax | 2,986.54 |
| Subtotal | 115,276.91 |
| Overhead | 11,527.72 |
| Profit | 11,527.72 |
| **Replacement Cost Value** | **$138,332.35** |
| **Net Claim** | **$138,332.35** |



120 Regency PKWY. Suite 114
Omaha, Ne. 68114
www.Premier-Claims.com
(877)219-0049

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (9.25%) | Manuf. Home Tax (9.25%) | Garment Cleaning (9.25%) | Storage Tax (9.25%) |
|---|---|---|---|---|---|---|
| **Line Items** | 11,527.72 | 11,527.72 | 2,986.54 | 0.00 | 0.00 | 0.00 |
| **Total** | **11,527.72** | **11,527.72** | **2,986.54** | **0.00** | **0.00** | **0.00** |



120 Regency PKWY. Suite 114  
Omaha, Ne. 68114  
www.Premier-Claims.com  
(877)219-0049

# Recap by Room

**Estimate: 115_S_18TH_ST**

**Area: Main Level**

| | | |
|---|---:|---:|
| Building Roof | 83,564.37 | 74.42% |
| **Area Subtotal:  Main Level** | **83,564.37** | **74.42%** |
| General | 28,726.00 | 25.58% |
| **Subtotal of Areas** | **112,290.37** | **100.00%** |
| **Total** | **112,290.37** | **100.00%** |



120 Regency PKWY. Suite 114
Omaha, Ne. 68114
www.Premier-Claims.com
(877)219-0049

## Recap by Category

| O&P Items | Total | % |
|---|---:|---:|
| GENERAL DEMOLITION | 16,762.76 | 12.12% |
| HEAVY EQUIPMENT | 14,848.00 | 10.73% |
| HEAT, VENT & AIR CONDITIONING | 3,352.60 | 2.42% |
| LABOR ONLY | 9,680.00 | 7.00% |
| ROOFING | 67,355.01 | 48.69% |
| TEMPORARY REPAIRS | 292.00 | 0.21% |
| **O&P Items Subtotal** | **112,290.37** | **81.17%** |
| Material Sales Tax | 2,986.54 | 2.16% |
| Overhead | 11,527.72 | 8.33% |
| Profit | 11,527.72 | 8.33% |
| **Total** | **138,332.35** | **100.00%** |